UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 25-13559
Lutrinia Woods )
) Chapter: 13
)
) Honorable Jacqueline Cox
) SELECT IF OUTLYING AREA
Debtor(s) )

**ORDER APPROVING RETENTION OF THE KRYDER LAW GROUP, LLC AND SHORTEN NOTICE**

THIS MATTER coming to be heard on the Motion of the Debtor to Approve Retention of The Kryder Law Group, LLC and Shorten Notice;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The Debtor's retention of The Kryder Law Group, LLC to handle Debtor's personal injury lawsuit is approved. *according to the amended compensation terms noted at docket 51. (Cox)*

2. Notice is shortened.

Enter:

/s/ Jacqueline P. Cox

United States Bankruptcy Judge

Dated: 3-9-26

**Prepared by:**
David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600